**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS INC.<br><br>            Plaintiff(s),<br><br>       v.<br><br>RUE 21 INC , et al.<br><br>            Defendant(s). | CASE NO:<br>2:16–cv–03013–FMO–AS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

   Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

   **IT IS SO ORDERED.**

DATED: February 7, 2017         /s/ *Fernando M. Olguin*
                                Fernando M. Olguin
                                United States District Judge